## Commonwealth *v.* Grant, Appellant.

Before MCDONALD, P. J.

Submitted November 11, 1974. *Russell J. Heiple,* Assistant Public Defender, for appellant; *Caram J. Abood,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.